UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RANISAVLJEVIC, NED | § | Case No. 09-34593 SPS |
| TRMCIC, IVANA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Kenneth S. Gardner
   219 S. Dearborn Street
   7th Floor
   Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/19/2011 in Courtroom 642,
   United States Courthouse
   219 S. Dearborn Street
   Chicago, Illinois   60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/15/2011                    By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RANISAVLJEVIC, NED § Case No. 09-34593 SPS
TRMCIC, IVANA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,019.11 |
| and approved disbursements of | $ | 48,417.14 |
| leaving a balance on hand of[1] | $ | 51,601.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 6,782.72 | $ 0.00 | $ 6,782.72 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 9,776.50 | $ 0.00 | $ 9,776.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 2.44 | $ 0.00 | $ 2.44 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 58.81 | $ 58.81 | $ 0.00 |
| Other: Stephen A. Chareas, | $ 33,333.33 | $ 33,333.33 | $ 0.00 |
| Other: Stephen A. Chareas, | $ 25.00 | $ 25.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   16,561.66
Remaining Balance                                        $   35,040.31

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,552.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | OPHRYS, LLC | $ 819.84 | $ 0.00 | $ 819.84 |
| 000003 | American Infosource Lp As Agent for | $ 235.01 | $ 0.00 | $ 235.01 |
| 000004 | Roundup Funding, LLC | $ 6,075.71 | $ 0.00 | $ 6,075.71 |
| 000005 | Roundup Funding, LLC | $ 3,184.65 | $ 0.00 | $ 3,184.65 |
| 000006 | Chase Bank USA, N.A. | $ 3,103.00 | $ 0.00 | $ 3,103.00 |
| 000007 | Chase Bank USA,N.A | $ 810.26 | $ 0.00 | $ 810.26 |
| 000008 | American Express Centurion Bank | $ 2,687.91 | $ 0.00 | $ 2,687.91 |
| 000009 | Chase Bank USA NA | $ 1,571.27 | $ 0.00 | $ 1,571.27 |
| 000010 | Fia Card Services, NA/Bank of America | $ 2,065.28 | $ 0.00 | $ 2,065.28 |

Total to be paid to timely general unsecured creditors     $    20,552.93

Remaining Balance                                           $    14,487.38

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 122.53 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 14,364.66 .

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                              Case No. 09-34593-SPS
Ned Ranisavljevic                                                   Chapter 7
Ivana Trmcic
          Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez              Page 1 of 2                  Date Rcvd: Mar 16, 2011
                               Form ID: pdf006            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2011.
db/jdb     +Ned Ranisavljevic,    Ivana Trmcic,    8901 N. Western Ave., #109,    Des Plaines, IL 60016-5531
aty        +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
aty        +William G Cross,    Frank/Gecker LLP,    325 N. LaSalle St., Suite 625,    Chicago, IL 60654-6465
aty        +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
14466428   +AMEX,   PO Box 981537,    El Paso, TX 79998-1537
14466425   +Advocate Home Care Products DME,    28511 Network Pl.,    Chicago, IL 60673-1285
14466426   +Advocate Lutheran General Hospital,    1775 Dempster Street,    Park Ridge, IL 60068-1174
14466427   +Advocate Medical Group,    701 Lee St.,   Des Plaines, IL 60016-4539
16003039    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14466429   +Associated Pathology Consultants-El,    PO Box 3680,    Peoria, IL 61612-3680
14466432    Bank of America,    4060 Ogletown/Stanton Rd.,    DE5-019-03-07,    Newark, DE 19713
14466431   +Bank of America,    4161 Piedmont Parkway,    Greensboro, NC 27410-8119
14466433   +Barclays Bank,    125 South West Street,    Att: Credit Bureau,    Wilmington, DE 19801-5014
14466434  ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     PO Box 85015,    Richmond, VA 23285)
14466458  ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: WAMU/PRVDN,    PO Box 660509,    Dallas, TX 75266-0509)
14466435   +Cardmember Service,    Post Office Box 15298,    Wilmington, DE 19850-5298
14466436   +Central Credit Services,    PO BOX 15118,    Jacksonville, FL 32239-5118
14466437   +Chase,   201 N. Walnut St.,    DE1-1027,    Wilmington, DE 19801-2920
16079320    Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15737205    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15898604   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14466438   +Chase NA,    4915 Independence Parkway,    Tampa, FL 33634-7518
14466439   +Chicago Vein Clinic, SC,    1730 Park St,    Suite 101,    Naperville, IL 60563-1290
14466440    Citi,   c/o Citi Corp.,    PO Box 6500,    Sioux Falls, SD 57117-6500
14466441   +CitiMortgage,    PO Box 9438, Dept 0251,    Gaithersburg, MD 20898-9438
14466442   +Directv,    c/o th CBE Group,    131 Tower Park Suite 100,    Waterloo, IA 50701-9374
14513325  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     Dept 55953,    P O Box 55000,
             Detroit MI  48225-0953)
14466444   +Ford Motor Credit Company,    12110 Emmet,    Omaha, NE 68164-4263
14466445   +Golf Mill Family Clinic,    8937 W Golf Road,    Niles, IL 60714-5812
14466446   +HNB/Chase,    4915 Independence Parkway,    Tampa, FL 33634-7540
14466447   +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
14466448   +Jovan Cupic,    8800 N Lockwood,    Skokie, IL 60077-1500
14466450    Lutheran General Hospital,    c/o Illinois Collection Service, In,    PO Box 1010,
             Tinley Park, IL 60477-9110
14466451   +NorthShore University Health,    Hospital Billing,    23056 Network Place,    Chicago, IL 60673-1230
14765183   +OPHRYS, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14466452   +Orthopaedic Surgery Specialist,    PO Box 2404,    Bedford Park, IL 60499-2404
14466453    Parkside Magnetic Reasonance Center,    1875 Demptster St,    Suite G06,
             Park Ridge, IL 60068-1115
14466454   +Physical Therapy Inst of IL,    PO Box 2404,    Bedford Park, IL 60499-2404
14466457   +TRIB/FBOFD,    PO Box 105555,    Atlanta, GA 30348-5555
14466455   +Target NB,    PO Box 673,    Minneapolis, MN 55440-0673
14466456    The Spine Center,    1875 Dempster Street,    Suite #425,    Park Ridge, IL 60068-1129
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +E-mail/Text: csmith@fgllp.com Mar 16 2011 22:56:10     Frances Gecker,    325 North LaSalle Street,
             Suite 625,    Chicago, IL 60654-6465
15678217    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2011 01:53:47
             American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
14466443    E-mail/Text: RDEVRIE@EMHC.ORG Mar 16 2011 22:56:38     Elmhurst Memorial Hospital,
             75 Remittance Drive,    Suite 6383,    Chicago, IL 60675-6383
16085377    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2011 01:53:46
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
14466449    E-mail/PDF: cr-bankruptcy@kohls.com Mar 17 2011 01:34:13     Kohl/Chase,
             N56 W1700 Ridgewood Drive,    Menomonee Falls, WI 53051
15714187    E-mail/PDF: BNCEmails@blinellc.com Mar 17 2011 01:25:15     Roundup Funding, LLC,    MS 550,
             PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: bchavez               Page 2 of 2             Date Rcvd: Mar 16, 2011
                              Form ID: pdf006             Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2011**                    **Signature:** _Joseph Speetjens_