UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                   §
                                         §
RANISAVLJEVIC, NED                       §    Case No. 09-34593
TRMCIC, IVANA                            §
                                         §
                                         §
        Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on              . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Frances Gecker_____
                                                                        Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NED RANISAVLJEVIC |  |  |  |
| NED RANISAVLJEVIC |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America 4161 Piedmont Parkway Greensboro, NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage PO Box 9438, Dept 0251 Gaithersburg, MD 20898 | | | | | |
| | Ford Motor Credit Company 12110 Emmet Omaha, NE 68164 | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| STEPHEN A. CHAREAS, | | | | | |
| STEPHEN A. CHAREAS, | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Home Care Products DME 28511 Network Pl. Chicago, IL 60673 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Lutheran General Hospital 1775 Dempster Street Park Ridge, IL 60068 | | | | | |
| | Advocate Lutheran General Hospital 1775 Dempster Street Park Ridge, IL 60068 | | | | | |
| | Advocate Lutheran General Hospital 1775 Dempster Street Park Ridge, IL 60068 | | | | | |
| | Advocate Lutheran General Hospital 1775 Dempster Street Park Ridge, IL 60068 | | | | | |
| | Advocate Medical Group 701 Lee St. Des Plaines, IL 60016 | | | | | |
| | Associated Pathology Consultants-El PO Box 3680 Peoria, IL 61612-6380 | | | | | |
| | Barclays Bank 125 South West Street Att: Credit Bureau Wilmington, DE 19801 | | | | | |
| | Capital One PO Box 85015 Richmond, VA 23285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase NA 4915 Independence Parkway Tampa, FL 33634 |  |  |  |  |  |
|  | Chicago Vein Clinic, SC 1730 Park St Suite 101 Naperville, IL 60563 |  |  |  |  |  |
|  | Citi c/o Citi Corp. PO Box 6500 Sioux Falls, SD 57117-6500 |  |  |  |  |  |
|  | Citi c/o Citi Corp. PO Box 6500 Sioux Falls, SD 57117-6500 |  |  |  |  |  |
|  | Citi c/o Citi Corp. PO Box 6500 Sioux Falls, SD 57117-6500 |  |  |  |  |  |
|  | Directv c/o th CBE Group 131 Tower Park Suite 100 Waterloo, IA 50704-2635 |  |  |  |  |  |
|  | Elmhurst Memorial Hospital 75 Remittance Drive Suite 6383 Chicago, IL 60675-6383 |  |  |  |  |  |
|  | Golf Mill Family Clinic 8937 W Golf Road Niles, IL 60714 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HNB/Chase 4915 Independence Parkway Tampa, FL 33634 | | | | | |
| | HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | Jovan Cupic 8800 N Lockwood Skokie, IL 60077 | | | | | |
| | Lutheran General Hospital c/o Illinois Collection Service, In PO Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | Lutheran General Hospital c/o Illinois Collection Service, In PO Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | NorthShore University Health Hospital Billing 23056 Network Place Chicago, IL 60673 | | | | | |
| | Orthopaedic Surgery Specialist PO Box 2404 Bedford Park, IL 60499 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Parkside Magnetic Reasonance Center 1875 Demptster St Suite G06 Park Ridge, IL 60068-1115 | | | | | |
| | Physical Therapy Inst of IL PO Box 2404 Bedford Park, IL 60499 | | | | | |
| | TRIB/FBOFD PO Box 105555 Atlanta, GA 30348-9999 | | | | | |
| | The Spine Center 1875 Dempster Street Suite #425 Park Ridge, IL 60068-1129 | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000009 | CHASE BANK USA NA | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA,N.A | | | | | |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | OPHRYS, LLC | | | | | |
| 000004 | ROUNDUP FUNDING, LLC | | | | | |
| 000005 | ROUNDUP FUNDING, LLC | | | | | |
| | AMERICAN EXPRESS CENTURION BANK | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | CHASE BANK USA NA | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | CHASE BANK USA,N.A | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | OPHRYS, LLC | | | | | |
| | ROUNDUP FUNDING, LLC | | | | | |
| | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 09-34593 SPS Judge: Susan Pierson Sonderby | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | RANISAVLJEVIC, NED | | Date Filed (f) or Converted (c): | 09/18/09 (f) |
| | TRMCIC, IVANA | | 341(a) Meeting Date: | 10/22/09 |
| For Period Ending: 06/14/11 | | | Claims Bar Date: | 09/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDOMINIUM 8901 N. WESTERN AVE., #109 DES PLAINES  Debtor Claimed Exemption | 126,000.00 | 1,122.00 | DA | 0.00 | FA |
| 2. CHECKING ACCOUNT BANK OF AMERICA  Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 3. T.V., FURNITURE  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. NORMAL APPAREL  Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. ERISA QUALIFIED 401K  Debtor Claimed Exemption | 4,000.00 | 0.00 | | 0.00 | FA |
| 6. PERSONAL INJURY LAWSUIT  Debtor Claimed Exemption | 100,000.00 | 85,000.00 | | 100,000.00 | FA |
| 7. 2007 FORD FUSION FORD MOTOR CREDIT  Debtor Claimed Exemption | 14,000.00 | 0.00 | | 0.00 | FA |
| 8. 1999 PLYMOUTH BREEZE  Debtor Claimed Exemption | 935.00 | 0.00 | | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 19.11 | Unknown |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 16.02b

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-34593 SPS Judge: Susan Pierson Sonderby | Trustee Name: | Frances Gecker |
| Case Name: | RANISAVLJEVIC, NED | Date Filed (f) or Converted (c): | 09/18/09 (f) |
| | TRMCIC, IVANA | 341(a) Meeting Date: | 10/22/09 |
| | | Claims Bar Date: | 09/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $247,635.00 | $86,122.00 |  | $100,019.11 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SUBMITTED A FINAL ACCOUNT TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 08/01/10     Current Projected Date of Final Report (TFR): 05/15/11

       /s/     Frances Gecker
_____ Date: 06/14/11
       FRANCES GECKER

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-34593 -SPS |
| Case Name: | RANISAVLJEVIC, NED |
| | TRMCIC, IVANA |
| Taxpayer ID No: | *******5422 |
| For Period Ending: | 06/14/11 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5683  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/10 | 6 | ALLSTATE | INSURANCE SETTLEMENT | 1142-000 | 100,000.00 | | 100,000.00 |
| 06/22/10 | 001000 | Stephen Chareas | Pursuant to Court Order 6/22/10<br>Special counsel fees and expenses in Debtor's personal injury case.<br>    Fees            33,333.33<br>    Expenses         25.00 | <br><br><br>3210-000<br>3220-000 | | 33,358.33 | 66,641.67 |
| 06/22/10 | 001001 | NED RANISAVLJEVIC<br>IVANA TRMCIC | Debtor's Exemption | 8100-002 | | 15,000.00 | 51,641.67 |
| 06/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.32 | | 51,644.99 |
| 07/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.19 | | 51,647.18 |
| 08/31/10 | 9 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.19 | | 51,649.37 |
| 09/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.12 | | 51,651.49 |
| 10/29/10 | 9 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.19 | | 51,653.68 |
| 11/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.12 | | 51,655.80 |
| 12/31/10 | 9 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.19 | | 51,657.99 |
| 01/31/11 | 9 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.19 | | 51,660.18 |

Page Subtotals    100,018.51    48,358.33

Ver: 16.02b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-34593 -SPS | | Trustee Name: | Frances Gecker |
| Case Name: | RANISAVLJEVIC, NED | | Bank Name: | BANK OF AMERICA |
| | TRMCIC, IVANA | | Account Number / CD #: | *******5683 MONEY MARKET |
| Taxpayer ID No: | *******5422 | | | |
| For Period Ending: | 06/14/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/11 | 001002 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND | 2300-000 | | 58.81 | 51,601.37 |
| 02/28/11 | 9 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.40 | | 51,601.77 |
| 03/15/11 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 51,601.97 |
| 03/15/11 | | Transfer to Acct #*******5223 | Final Posting Transfer | 9999-000 | | 51,601.97 | 0.00 |

|  |  | COLUMN TOTALS | 100,019.11 | 100,019.11 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 51,601.97 | |
|  |  | Subtotal | 100,019.11 | 48,417.14 | |
|  |  | Less: Payments to Debtors | | 15,000.00 | |
|  |  | Net | 100,019.11 | 33,417.14 | |

Page Subtotals     0.60     51,660.78

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-34593 -SPS | | Trustee Name: | Frances Gecker |
| Case Name: | RANISAVLJEVIC, NED | | Bank Name: | BANK OF AMERICA |
| | TRMCIC, IVANA | | Account Number / CD #: | *******5223 GENERAL CHECKING |
| Taxpayer ID No: | *******5422 | | | |
| For Period Ending: | 06/14/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/11 | | Transfer from Acct #*******5683 | Transfer In From MMA Account | 9999-000 | 51,601.97 | | 51,601.97 |
| 04/19/11 | 001000 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Attorney for Trustee Fees (Trustee<br><br><br>Fees       9,776.50<br>Expenses       2.44 | <br><br><br><br>3110-000<br>3120-000 | | 9,778.94 | 41,823.03 |
| 04/19/11 | 001001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 6,782.71 | 35,040.32 |
| 04/19/11 | 001002 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><br>Claim       819.84<br>Interest       4.89 | Claim 000002, Payment 101%<br><br><br><br><br><br>7100-000<br>7990-000 | | | 824.73 | 34,215.59 |
| 04/19/11 | 001003 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><br>Claim       235.01<br>Interest       1.40 | Claim 000003, Payment 101%<br><br><br><br><br>7100-000<br>7990-000 | | | 236.41 | 33,979.18 |
| | | | Page Subtotals | | 51,601.97 | 17,622.79 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-34593 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | RANISAVLJEVIC, NED | | Bank Name: | BANK OF AMERICA |
| | TRMCIC, IVANA | | Account Number / CD #: | *******5223 GENERAL CHECKING |
| Taxpayer ID No: | *******5422 | | | |
| For Period Ending: | 06/14/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/19/11 | 001004 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000004, Payment 101%<br><br>Claim         6,075.71<br>Interest          36.22 | <br><br>7100-000<br>7990-000 | | 6,111.93 | 27,867.25 |
| 04/19/11 | 001005 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000005, Payment 101%<br><br>Claim         3,184.65<br>Interest          18.99 | <br><br>7100-000<br>7990-000 | | 3,203.64 | 24,663.61 |
| 04/19/11 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 101%<br><br>Claim         3,103.00<br>Interest          18.50 | <br><br>7100-000<br>7990-000 | | 3,121.50 | 21,542.11 |
| 04/19/11 | 001007 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000007, Payment 101%<br><br>Claim           810.26<br>Interest           4.83 | <br><br>7100-000<br>7990-000 | | 815.09 | 20,727.02 |
| 04/19/11 | 001008 | American Express Centurion Bank | Claim 000008, Payment 101% | | | 2,703.93 | 18,023.09 |

Page Subtotals          0.00          15,956.09

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-34593 -SPS | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | RANISAVLJEVIC, NED | | Bank Name: | BANK OF AMERICA |
| | TRMCIC, IVANA | | Account Number / CD #: | *******5223  GENERAL CHECKING |
| Taxpayer ID No: | *******5422 | | | |
| For Period Ending: | 06/14/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><br>Claim       2,687.91<br>Interest       16.02 | | 7100-000<br>7990-000 | | | |
| 04/19/11 | 001009 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145<br><br>Claim       1,571.27<br>Interest          9.37 | Claim 000009, Payment 101% | 7100-000<br>7990-000 | | 1,580.64 | 16,442.45 |
| 04/19/11 | 001010 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><br>Claim       2,065.28<br>Interest        12.31 | Claim 000010, Payment 101% | 7100-000<br>7990-000 | | 2,077.59 | 14,364.86 |
| 04/19/11 | 001011 | NED RANISAVLJEVIC<br>IVANA TRMCIC<br>8901 N. WESTERN AVE., #109<br>DES PLAINES, IL  60016 | Surplus Funds | 8200-002 | | 14,364.86 | 0.00 |

Page Subtotals       0.00       18,023.09

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 17)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-34593 -SPS |
| Case Name: | RANISAVLJEVIC, NED |
| | TRMCIC, IVANA |
| Taxpayer ID No: | *******5422 |
| For Period Ending: | 06/14/11 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5223  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 51,601.97 | 51,601.97 | 0.00 |
| Less: Bank Transfers/CD's | 51,601.97 | 0.00 | |
| Subtotal | 0.00 | 51,601.97 | |
| Less: Payments to Debtors | | 14,364.86 | |
| Net | 0.00 | 37,237.11 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********5683 | 100,019.11 | 33,417.14 | 0.00 |
| GENERAL CHECKING - ********5223 | 0.00 | 37,237.11 | 0.00 |
| | 100,019.11 | 70,654.25 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: ___/s/  Frances Gecker___  Date: _____
FRANCES GECKER

Page Subtotals   0.00   0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*